

Littler Mendelson, PC
290 Broadhollow Road
Suite 305
Melville, NY  11747

June 25, 2014

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

**VIA ECF**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Caputi v. Topper Realty, et. al*
      Civil Action No. 14-cv-02634 (JFB)(WDW)

Dear Judge Bianco:

This firm represents the Defendants in the above-referenced action.  We write to respectfully request a thirty-day extension of time to answer, move or otherwise respond to the Complaint, from July 1st to August 1, 2014.  This is Defendants' first request for an extension of time to respond to the Complaint.  The request for an extension of time is necessary for us to continue our investigation into the claims.  In addition, counsel for the parties are meeting on July 2nd in an attempt to resolve this matter.

Plaintiff's counsel consents to an extension of time only for the Defendants to *answer* the Complaint, but specifically refused to consent to allow Defendants an extension of time to *move or otherwise respond* to the Complaint.  As we are still investigating the claims, we cannot waive the Defendants' right to make a motion, if one may be taken.  Therefore, we are seeking Your Honor's approval of an extension of time to answer, move or otherwise respond to the Complaint.

Thank you for your consideration of this request.

Very truly yours,

Littler Mendelson, P.C.

Lisa M. Griffith
LMG

littler.com