

Littler Mendelson, PC
290 Broadhollow Road
Suite 305
Melville, NY 11747

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

July 29, 2014

**VIA ECF**

The Honorable William D. Wall
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Caputi v. Topper Realty, et. al*
      Civil Action No. 14-cv-02634 (JFB)(WDW)

Dear Magistrate Judge Wall:

This firm represents the Defendants in the above-referenced action. We write to respectfully request an extension of time to answer, move or otherwise respond to the Complaint, from August 1, 2014 to August 15, 2014.

This is Defendants' second request for an extension of time to respond to the Complaint. The additional time is necessary for the parties to continue their efforts to resolve this matter. Counsel for the parties met on July 2, 2014 to discuss a resolution and, shortly thereafter, Defendants produced to Plaintiff certain payroll documents for settlement purposes only.

Plaintiff's counsel consents to an extension of time only for the Defendants to *answer* the Complaint, but, again, has specifically refused to consent to allow Defendants an extension of time to *move or otherwise respond* to the Complaint. Defendants have taken good faith efforts to resolve this matter but will not waive their right to make a motion, if one may be taken. Therefore, we are seeking Your Honor's approval of an extension of time to answer, move or otherwise respond to the Complaint.

Thank you for your consideration of this request.

Very truly yours,

LITTLER MENDELSON, P.C.

Lisa M. Griffith

Firmwide:128106102.1 081043.1001

littler.com